IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **DEOUNTA DEMETRIUS CURTIS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 7:21-CV-00091-HL-TQL |
| | : | |
| v. | : | |
| | : | |
| **NURSE NEWSOME, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

*Pro se* Plaintiff Deounta Demetrius Curtis, a prisoner currently confined in Telfair State Prison in Helena, Georgia filed a 42 U.S.C. § 1983 claim. ECF No. 1. Plaintiff also filed an incomplete motion for leave to proceed *in forma pauperis*. ECF No. 2.

On August 25, 2021, Plaintiff was ordered to recast his complaint on a § 1983 form and to either submit a complete motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 5. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id*. Plaintiff failed to respond.

Therefore, on September 15, 2021, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims. ECF No. 6. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond and he has failed to do so.

1

Due to Plaintiff's failure to follow the Court's Orders and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 14th day of October, 2021.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT